FILED

MAY 15 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERIC MELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC,<br><br>Defendant. | CV 20–42–M–DLC<br><br>ORDER |

Defendant FCA US LLC moves for the admission of Stephen A. D'Aunoy to practice before this Court in this case with Christy S. McCann and Leo S. Ward of Browning, Kaleczyc, Berry & Hoven, P.C., to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that the Unopposed Motion for Admission Pro Hac Vice of Stephen A. D'Aunoy (Doc. 6) is GRANTED on the condition that Mr. D'Aunoy does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Mr. D'Aunoy within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

Dated this 15th day of May, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court