IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERIC MELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, and VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | CV 20–42–M–DLC<br><br><br>ORDER |

Before the Court is Defendant FCA US LLC's Unopposed Motion for Extension of Time to Respond to Amended Complaint. (Doc. 16.) When Plaintiff Eric Melson filed his Amended Complaint, he added as a new defendant Volkswagen Group of America, Inc. FCA US moves for permission to file its answer or other responsive pleading at the same time as Defendant Volkswagen. The motion is unopposed.

Accordingly, IT IS ORDERED that the motion (Doc. 16) is granted. FCA US shall file its Answer or other responsive pleading on or before the deadline applicable to Volkswagen Group of America, Inc.

IT IS FURTHER ORDERED that FCA US's motion to dismiss for failure to state a claim (Doc. 8) is DENIED as moot, subject to renewal.

1

DATED this 21st day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court